1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| LINDA SCHUPP,        ) | 1:12-at-00102 GSA |
|         ) | |
|      Plaintiff,  ) | **ORDER REQUIRING PAYMENT OF** |
|         ) | **FILING FEE WITHIN THIRTY DAYS** |
|    v.     ) | |
|         ) | |
| MICHAEL ASTRUE, Commissioner of  ) | |
| Social Security,      ) | |
|         ) | |
|     Defendants.  ) | |
| _____) | |

11
12
13
14
15
16
17
18

On February 23, 2012, Plaintiff Linda Schupp filed a complaint concerning the denial of

19

Social Security benefits.  (Doc. 1.)  On that same date, Plaintiff filed an Application to Proceed

20

Without Prepayment of Fees and Affidavit.  (Doc. 3.)  Following consideration, the application

21

was denied and the Court found that Plaintiff had the ability to pay the filing fee.

22

Accordingly, within thirty (30) days of the date of this Order, Plaintiff shall pay the

23

required $350.00 filing fee with the Clerk of the Court.  Failure to pay the required filing fee will

24

result in a recommendation to dismiss this action for failure to follow a court order.

25

IT IS SO ORDERED.

26

**Dated:   February 24, 2012**          _____**/s/ Gary S. Austin**_____

UNITED STATES MAGISTRATE JUDGE

27
28